IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-cv-0031 (BSM) |
| | ) | |
| BOBBY L. HURT AND SUE R. HURT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES' REPLY AND WITHDRAWAL OF MOTION TO COMPEL**

The United States filed a motion to compel in this case after Defendants agreed to produce missing discovery, but failed make a timely production or to respond to multiple communications from the United States regarding the timeline and status for production. See Exs. B, C, G to Motion to Compel, Dkt. No. 16. The day before Defendants' response to the motion to compel was due, Defendants served supplemental discovery responses on the United States. As a result, the United States now withdraws its Motion to Compel.

Respectfully submitted this 16th day of April, 2010,

| | |
|---|---|
| JANE W. DUKE<br>United States Attorney | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| | /s/ Robin L. Dull |
| /s/ Stacey E. McCord_____<br>STACEY E. McCORD<br>Assistant United States Attorney<br>AR Bar No. 87114<br>P.O. Box 1229<br>Little Rock, AR 72203<br>Tel: (501) 340-2630<br>Fax: (501) 340-2728 | /s/ Nicole J. De Sario_____<br>STEVEN H. ROSENBAUM<br>Chief<br>REBECCA B. BOND<br>Deputy Chief<br>NICOLE J. DE SARIO<br>ROBIN L. DULL<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue, N.W.<br>Northwestern Building, 7th Floor<br>Washington, DC 20530<br>Tel: (202) 514-4713<br>Fax: (202) 514-1116<br>Nicole.DeSario@usdoj.gov<br>Robin.Dull@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2010, I served United States' Reply and Withdrawal of Motion to Compel via ECF on the following:

> TONY L. WILCOX
> SCOT J. LANCASTER
> JEFF O. SCRIBER
> WILCOX PARKER HURST
> LANCASTER & LACY, PLC
> 3000 Browns Lane
> Jonesboro, AR 72401
> *Counsel for Defendants Bobby L. Hurt and Sue R. Hurt*

I further certify that a copy of this certification was served as indicated above and was electronically filed with the Clerk of the Court using the CM/ECF system on this date.

> /s/ Robin L. Dull
> Robin L. Dull
> Trial Attorney
> Housing and Civil Enforcement Section
> Civil Rights Division
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Northwestern Building, 7th Floor
> Washington, DC 20530
> Tel: (202) 514-4713
> Fax: (202) 514-1116
> Robin.Dull@usdoj.gov