IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA
                                                                                    PLAINTIFF

v.                         Civil Action No. 3:09-CV-00031-BSM

BOBBY L. HURT AND SUE R. HURT                                   DEFENDANT

## MOTION FOR LEAVE TO TAKE DEPOSITION

Come now the Defendants, by and through their attorneys, Wilcox Parker Hurst Lancaster & Lacy, and for their unopposed Motion for Leave to Take Deposition, state as follows:

1.  On March 13, 2009 the Plaintiff filed a Complaint and request for jury trial alleging a violation of the Fair Housing Act, 42 USC §3601 et. seq against Bobby and Sue Hurt.

2.  This Complaint alleges, Bobby Hurt provided property management services at numerous mobile home parks in West Memphis, Arkansas owned by Bobby and Sue Hurt.

3.  The Plaintiff claims that Bobby Hurt subjected female tenants and prospective tenants to discrimination on the basis of sex, including pervasive and unwelcome sexual harassment.

4.  The Plaintiff has listed Amber Shuntrail Brown as an aggrieved person, who might have information regarding the allegations contained in the Complaint.

5.  The deposition of this witness is necessary for the proper defense of the

1

Defendants.

6.   Currently, upon information and belief, Amber Brown is confined in Arkansas County 309 as prisoner number 710313.

7.   Defendants move this Court for leave to take the video deposition of Ms. Brown pursuant to Federal Rules of Civil Procedure 30(a)2(b). Defendants further ask the court to order this deposition to take place on May 28, 2010 and 1:00 p.m.

WHEREFORE, Defendants pray this Court would grant them leave to take the deposition of the witness listed in the disclosures of the Plaintiff and for all other relief to which it may be entitled.

        Respectfully Submitted,

        Tony L. Wilcox #93084
        Scott J. Lancaster #85087
        Jeff O. Scriber #2006256
        Raney E. Coleman #2003140
        **WILCOX PARKER HURST**
         **LANCASTER & LACY, PLC**
        3000 Browns Lane
        Jonesboro, AR 72401

By:   /s/ Tony L. Wilcox
       Tony L. Wilcox #93084

## CERTIFICATE OF SERVICE

I, Tony L. Wilcox, do hereby certify that on the 12th day of **May**, 2010, a copy of the foregoing was sent via the **ECF electronic filing system** to the following:

Stacey E. McCord
Assistant US Attorney
P.O. Box 1229
Little Rock, AR 72203

Nicole J. DeSario
Robin Dull
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Enforcement Section
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, D.C. 20530

By:   /s/ Tony L. Wilcox
      Tony L. Wilcox