IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA

PLAINTIFF

v.                            Civil Action No. 3:09-CV-00031-BSM

BOBBY L. HURT AND SUE R. HURT                    DEFENDANT

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendants Bobby L. Hurt and Sue Hurt, by and through their attorneys,

Wilcox Parker Hurst Lancaster & Lacy, PLC and for their Motion for Summary Judgment,

state as follows:

1.      This matter involves a claim brought by the United States pursuant to the Fair

Housing Act, §42 USC 3601-3619.

2.      As more fully set forth in the accompanying Brief in Support of Motion for

Partial Summary Judgment, Statement of Material Facts Not in Dispute and supporting

exhibits, all claims arising from allegations of conduct which occurred on or before

September 17, 2007, are barred by the applicable statute of limitations.  Even if the Court

were to determine that an alternative five year statute of limitations period applied, this

would result in the dismissal of all claims based upon allegations of inappropriate conduct

which occurred on or before March 13, 2004.

3.      Additionally, Plaintiffs have not and cannot demonstrate a basis for recovery

of compensatory damages.  Thus, Defendants are entitled to summary judgement on all

1

claims for compensatory damages of any alleged aggrieved parties.  Moreover, in the absence of a compensatory damage award, there can be no award of punitive damages.  Accordingly, Defendants are entitled to summary judgment dismissing Plaintiff's claim for both punitive and compensatory damages.

WHEREFORE, based upon the pleadings and exhibits submitted contemporaneously herewith, Defendants are entitled to partial summary judgment dismissing all claims based upon alleged misconduct which occurred on or before September 13, 2007 and for summary judgment dismissing in its entirety all claims for compensatory and punitive damages. Defendants are also entitled to all other just and proper relief, including an award of fees and costs upon the successful defense of these claims.

Respectfully Submitted,

Tony L. Wilcox #93084
Scott J. Lancaster #85087
Jeff O. Scriber #2006256
Raney E. Coleman #2003140
**WILCOX PARKER HURST
 LANCASTER & LACY, PLC**
3000 Browns Lane
Jonesboro, AR 72401

By:   /s/ Tony L. Wilcox
      Tony L. Wilcox #93084

2

## <u>CERTIFICATE OF SERVICE</u>

I, Tony L. Wilcox, do hereby certify that on the **25th day of June,** 2010, a copy of the foregoing was sent via the **ECF electronic filing system** to the following:

Stacey E. McCord
Assistant US Attorney
P.O. Box 1229
Little Rock, AR 72203

Nicole J. DeSario
Robin Dull
Trial Attorney
United States Department of Justice
Civil Rights Division
1800 G. Street N.W. Suite 7060
Washington, D.C. 20006

By:     /s/ Tony L. Wilcox
          Tony L. Wilcox