# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    CASE NO. 3:09-CV-00031 BSM

BOBBY L. HURT AND SUE R. HURT                                         DEFENDANT

## ORDER

Pursuant to Federal Rule of Civil Procedure 32, plaintiff United States of America ("the government") designated certain portions of defendant Bobby L. Hurt's deposition testimony to be used at trial. [Doc. No. 61]. Defendants Bobby and Sue Hurt have objected [Doc. No. 73], and the government has responded. [Doc. No. 75]. The objections are overruled or sustained as set forth below.

| Page and Line Range | Ruling |
| --- | --- |
| 42:23–43:5 | Objection sustained. |
| 43:22–44:3 | Objection sustained. |
| 96:8–96:11 | Objection sustained. |
| 105:17–106:12 | Objection overruled. |
| 125:18–20 | Objection overruled. |
| 126:44–127:7 | Objection overruled. |
| 135:15–24 | Objection overruled. |
| 171:14–25 | Objection sustained. |
| 172:8–11 | Objection sustained. |
| 173:4–6 | Moot. Designation withdrawn. |
| 175:11–12 | Objection sustained. |
| 189:25–190:11 | Objection overruled. |
| 194:7–9 | Objection overruled. |
| 194:19–21 | Objection overruled. |
| 196:14–23 | Objection overruled. |
| 198:6–11 | Objection overruled. |
| 218:19–21 | Objection overruled. |
| 224:5–14 | Objection overruled. |

| | |
|---|---|
| 260:14–25 | Objection overruled. |
| 286:14–19 | Objection overruled. |
| 287:12–20 | Objection overruled. |

    IT IS SO ORDERED this 18th day of October, 2010.

                                            _____
                                            UNITED STATES DISTRICT JUDGE