**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                               **CASE NO. 3:09-CV-00031 BSM**

**BOBBY L. HURT AND SUE R. HURT**                                                  **DEFENDANTS**

**ORDER**

Pursuant to Federal Rule of Civil Procedure 32, plaintiff United States of America ("the government") designated certain portions of defendant Sue R. Hurt's deposition testimony to be used at trial. [Doc. No. 61]. Defendants Bobby and Sue Hurt have objected [Doc. No. 72], and the government has responded. [Doc. No. 74]. The objections are overruled or sustained as set forth below.

| Page and Line Range | Ruling |
|---|---|
| 12:17–18 | Objection sustained. |
| 32:2–6 | Objection sustained. |
| 41:3–19 | Objection sustained. |
| 45:16–19, 23–25 | Objection overruled, but all testimony from page 45, line 16 through page 46, line 8 must be read in its entirety or not at all. |
| 46:1–2 | See previous ruling. |
| 58:4–13 | Objection sustained. |
| 63:25–64:1 | Objection overruled, but all testimony from page 63, line 21 through page 64, line 2 must be read in its entirety or not at all. |
| 111:21–25 | Objection overruled. |
| 112:1–14 | Objection overruled. |
| 113:22–114:4 | Objection sustained. |
| 116:14–117:6 | Objection sustained. |
| 118:18–20 | Objection sustained. |
| 122:23–25 | Objection sustained. |
| 123:1–25 | Objection sustained. |

| | |
|---|---|
| 124:10–125:9 | Objection sustained. |
| 125:22–126:11 | Objection sustained. |
| 129:24–130:6 | Objection sustained. |
| 141:3–8 | Objection sustained. |
| 143:21–25 | Objection sustained. |
| 144:18–22 | Objection sustained. |
| 145:6–19 | Objection overruled. |

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE