**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

v.                      **NO. 3:09CV00031 BSM**

**BOBBY L. HURT, et al**                                                 **DEFENDANTS**

**ORDER**

Robin Dull is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the United States Courthouse, 615 South Main, Jonesboro, Arkansas between Tuesday, November 16, 2010, and Friday, November 19, 2010, subject to the following rules:

    (a)    The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

    (b)    Cell phones must be turned off and put away when in the courtroom.

    (c)    Wireless internet components of electronic devices must be deactivated when in district courtrooms.

    (d)    The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 27th day of October, 2010.

                                                                */s/ Brian S. Miller*
                                              UNITED STATES DISTRICT JUDGE