## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                **CASE NO. 3:09-CV-00031 BSM**

**BOBBY L. HURT AND SUE R. HURT**                               **DEFENDANTS**

## ORDER

Pursuant to Federal Rule of Civil Procedure 32, plaintiff United States of America ("the government") designated certain portions of Angela Way's videotaped deposition testimony to be used at trial. [Doc. No. 161]. Defendants Bobby and Sue Hurt have objected and counter-designated certain portions of her testimony [Doc. No. 164], and the government has responded. [Doc. No. 169]. The objections are overruled or sustained as set forth below.

| Page and Line Range | Ruling |
|---|---|
| 7:24–8:3 | Objection overruled. |
| 11:15–12:7 | Objection overruled. |
| 12:18–15:11 | Objection overruled. |
| 17:6–11 | Objection sustained |
| 20:13–24:8 | Objection overruled. |
| 30:15–18 | Objection overruled. |
| 40:18–20 | Objection overruled. |
| 42:14–43:4 | Objection overruled. |
| 51:16–52:1 | Objection overruled. |
| 52:13–54:13 | Objection overruled. |
| 55:20–24 | Objection overruled. |

IT IS SO ORDERED this 12th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE