# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

Vs                          **CASE NO. 3:09CV00031 BSM**

**BOBBY L. HURT AND SUE R. HURT**                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on November 19, 2010, after four days of trial, in favor of defendants Bobby L. Hurt and Sue R. Hurt;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for defendants Bobby L. Hurt and Sue R. Hurt and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE